### 17482. DAVIS v. THE STATE.

LUKE, J. The conviction of assault with intent to murder was fully authorized by the evidence, and had the approval of the trial judge. None of the special assignments of error (which complain of the court's rulings upon the admissibility of testimony, and alleged errors in the charge of the court) require a reversal of the judgment overruling the motion for a new trial.

    *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur..*

    DECIDED AUGUST 4, 1926. REHEARING DENIED SEPTEMBER 7, 1926.

Assault with intent to murder; from Chatham superior court— Judge Meldrim. April 28, 1926.

Application for certiorari was made to the Supreme Court.

*Robert L. Colding, H. Mercer Jordan,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.